#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RONNIE M. CHANCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-CV-373-RAW-GLJ |
| ) | |
| **STARLA PHILLIPS and** ) | |
| **SHARON McCOY,** ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Plaintiff Ronnie M. Chance appealed this Court's dismissal of his civil rights action to the Tenth Circuit Court of Appeals. The appellate court reversed this Court's judgment in part and remanded for further proceedings in Case No. 22-7008 (10th Cir. Dec. 7, 2022) (Dkts. 82, 83).

**ACCORDINGLY,** Defendants Starla Phillips and Sharon McCoy are directed to file within twenty-one (21) days a response to the Tenth Circuit's remand. Plaintiff is granted twenty-one (21) days to file a reply to Defendants' response, if appropriate.

**IT IS SO ORDERED** this 17th day of January 2023.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA