AO450 (Rev. 5/85)  Judgement in a Civil Case

UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____OKLAHOMA_____

## JUDGMENT IN A CIVIL CASE

RONNIE M. CHANCE

V.

STARLA PHILLIPS, et al.          Case Number:    CIV-20-373-RAW-GLJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is dismissed without prejudice.

3/15/2023                                               Bonnie Hackler
Date                                                    Clerk

                                                        s/ A Green
                                                        (By) Deputy Clerk